

| | | | |
|---|---|---|---|
| Com. v. Daly [6] ...................... | 2029 EDA 2015 Affirmed | 11/03/2016 | CP–23–CR–0003801– 2013 (Delaware) |
| Com. v. Miller ...................... | 2272 EDA 2015 Affirmed | 11/02/2016 | CP–51–CR–0007177– 2013 (Philadelphia) |
| Com. v. Blackwell.................... | 2536 EDA 2015 Affirmed | 11/03/2016 | CP–51–CR–0219841– 1987 (Philadelphia) |
| Com. v. Rayford .................... | 3249 EDA 2015 Affirmed | 11/03/2016 | CP–15–CR–0000016– 2008 CP–15–CR–0001637– 2007 CP–15–CR–0002076– 2007 CP–15–CR–0002079– 2007 (Chester) |
| Com. v. Schade [7] .................... | 3679 EDA 2015 Affirmed | 11/03/2016 | CP–45–CR–0000681– 2014 (Monroe) |
| Com. v. Finnegan ................... | 3841 EDA 2015 Affirmed | 11/03/2016 | CP–09–CR–0001211– 2013 (Bucks) |
| Com. v. Nelson ...................... | 145 EDA 2016 Affirmed | 11/03/2016 | CP–51–CR–0121811– 1988 (Philadelphia) |
| Com. v. Mines ...................... | 399 EDA 2016 Affirmed | 11/03/2016 | CP–51–CR–0330991– 1983 (Philadelphia) |
| Com. v. Lloyd....................... | 454 EDA 2016 Affirmed | 11/03/2016 | CP–51–CR–1110191– 2002 (Philadelphia) |
| G.A. v. J.S. ....................... | 860 EDA 2016 Affirmed | 11/03/2016 | No. A06–06–61075–C– 32 (Bucks) |
| Katz v. Katz [8] ..................... | 123 WDA 2015 Affirmed and Remanded | 11/03/2016 | FD03–000652–008 (Allegheny) |
| Katz v. Katz [9] ..................... | 390 WDA 2015 Affirmed and Remanded | 11/03/2016 | FD03–000652–008 (Allegheny) |
| Katz v. Katz [10] ..................... | 1653 WDA 2015 Affirmed and Remanded | 11/03/2016 | FD03–000652–008 (Allegheny) |
| Katz v. Katz [11] ..................... | 1723 WDA 2015 Affirmed and Remanded | 11/03/2016 | FD03–000652–008 (Allegheny) |

6. Petition for reargument denied January 13, 2017.
7. Petition for reargument denied January 09, 2017.
8. Petition for reargument denied January 11, 2017.
9. Petition for reargument denied January 11, 2017.
10. Petition for reargument denied January 11, 2017.
11. Petition for reargument denied January 11, 2017.